**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Clifford W. BROWN, Petitioner**

**No. 131 EAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.